IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  1:15-CR-102-DMB-DAS

ZHANG YONGDI

MOTION TO EXCUSE ATTORNEY FROM CHANGE OF PLEA HEARING

**COMES NOW**, the Defendant Zhang Yongdi, by and through his attorney of record, and moves the Court to excuse L.N. Chandler Rogers from attendance at the Change of Plea Hearing set on October 19, 2016, in the above styled and numbered cause of action and, in support thereof, would respectfully show unto the Court the following, to-wit:

I.

That this case is set for a change of plea hearing to begin at 11:00 a.m. on October 19, 2016, at the United States Federal Court Building located in Oxford, Mississippi.

II.

That the Defendant Zhang Yongdi is represented in this matter by L.N. Chandler Rogers and Justin S. Cluck.

III.

That the Defendant Zhang Yongdi has requested a change of plea hearing in this matter.

IV.

That L.N. Chandler Rogers has a trial scheduled in the Chancery Court of Union County, Mississippi, in the case styled and numbered, In the Matter of the Last Will and Testament of

<u>Ruth P. Pappas, Deceased</u>, Union County Chancery Court Cause No.: CV2014-000546, beginning at 9:00 a.m. on October 19, 2016.[1]

V.

That an order setting the <u>Pappas</u> case was entered on July 21, 2016, and this is the final hearing of that case.

VI.

That the Defendant Zhang Yongdi does not seek a continuance of the change of plea hearing because his attorney, Justin S. Cluck, will be present at the hearing to represent the Defendant.

VII.

That L.N. Chandler Rogers has contacted Assistant United States Attorney Robert Mims and the government has no opposition to this motion.

VIII.

Accordingly, Defendant and L.N. Chandler Rogers respectfully request that this Honorable Court excuse L.N. Chandler Rogers from appearing at the change of plea hearing set on October 19, 2016, at the United States Federal Court Building located in Oxford, Mississippi.

IX.

Defendant is requesting, based on the conciseness of this Motion, that the Court not require a Memorandum Brief in support of this Motion as mandated by Uniform Local Rule 7(b)(4).

**WHEREFORE, PREMISES CONSIDERED**, the Defendant and L.N. Chandler Rogers respectfully request this Honorable Court excuse L.N. Chandler Rogers from appearing

---

[1] *See* Order Setting attached hereto as Exhibit "A"

at the change of plea hearing set on October 19, 2016, at the United States Federal Court Building located in Oxford, Mississippi.

  **Respectfully submitted** this the 7<u>th</u> day of October, 2016.

             **ZHANG YONGDI,**

             */s/ L.N. Chandler Rogers*__ _____
             **L.N. CHANDLER ROGERS, MSB# 102543**
             **ROGERS LAW GROUP, P.A.**
             **201 East Bankhead Street**
             **Post Office Box 1771**
             **New Albany, MS 38652**
             **Telephone:  (662) 538-5990**
             **Facsimile:   (662) 538-5997**

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing has been sent to all ECF participants of record:

**SO CERTIFIED**, this the 7th day of October, 2016.

                                          */s/ L.N. Chandler Rogers*
                                          **L.N. CHANDLER ROGERS**