IN THE CHANCERY COURT OF UNION COUNTY, MISSISSIPPI

IN THE MATTER OF THE LAST WILL
AND TESTAMENT OF RUTH P. PAPPAS,
DECEASED

BRENDA LINDLEY     PETITIONER

VS.     CAUSE NO.: CV2014-000546

LORI PAPPAS HARWELL AND
DUSTIN PAPPAS     RESPONDENTS

## AGREED ORDER RE-SETTING CAUSE FOR HEARING

The above cause of action is hereby re-set for a hearing on a Will Contest from July 27, 2016, in Booneville, Mississippi, until the 19th day of October, 2016, at 9:00 a.m. in the Chancery Courtroom at the Union County Chancery Courthouse in the City of New Albany, Union County, Mississippi and to continue thereafter until further Order of the Court.

The subject matter of the said hearing shall be: Will Contest.

The amount of time needed for said hearing shall be: 6 hours.

SO ORDERED, ADJUDGED AND DECREED this the 18 day of July, 2016.

_____
CHANCELLOR

AGREED TO:

_____
L.N. CHANDLER ROGERS,
MSB: 102543

_____
KERRY M. BRYSON, MSB:104519

FILED THIS THE 21 DAY OF
July at 3 o'clock P m
ANNETTE HICKEY, CHANCERY CLERK
_____ D.C.