**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CRIMINAL MINUTES - GENERAL**

No. 1:15-CR-102

Style:   UNITED STATES OF AMERICA V. QUIN LI

Place Held: Oxford, Mississippi

Date & Time Began:  October 19, 2016, 10:44 a.m.
Date & Time Ended:  October 19, 2016, 11:21 a.m.

TOTAL TIME: 37 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan May |
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Robert J. Mims | Anthony L. Farese |
| U.S. PROBATION: | INTERPRETER: |
| Brandon Cole | Ciana Lin, by Telephone |

Proceedings:
Waiver of Indictment Filed _____   Indictment Filed _____   Information Filed _____
Plead Defendant:     QUIN LI
GUILTY                          NOT GUILTY                 NOLO CONTENDERE
Count 1 of the Indictment     _____      _____
Released on Bond: _____
Bond Set: _____
Bond Continued   _X_
Remand to Custody of U.S. Marshal: _____
Set for Sentencing:   Upon completion of the presentence report.
Remarks:

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy