# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - GENERAL

No. 1:15-CR-102

Style:   UNITED STATES OF AMERICA V. QUIN LI

Place Held: Oxford, Mississippi

Date & Time Began:  October 19, 2016, 11:22 a.m.
Date & Time Ended:  October 19, 2016, 5:18 p.m.

TOTAL TIME: 1 Hour, 58 Minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan May |
| Courtroom Deputy | Official Court Reporter |
| | |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Robert J. Mims | Anthony L. Farese |
| | |
| U.S. PROBATION: | INTERPRETER: |
| Brandon Cole | Diana Lin, by Telephone |

Proceedings:    Revocation Hearing

Remarks:       Hearing held; witnesses testified.   Defendant remanded to custody.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
       Rita Thomas, Courtroom Deputy