# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**             NO. 1:15-CR-102

**QUIN LI**

Date: October 19, 2016

## EXHIBIT LIST

| Presiding Judge: Debra M. Brown | | Attorney for Government: Robert J. Mims | | Attorney for Defendant: Anthony L. Farese | |
|---|---|---|---|---|---|
| Date: October 19, 2016 | | Court Reporter: Susan May | Interpreter: Robin Murphy | Courtroom Deputy: Rita Thomas | |
| Gov. | Def. | Offered | Marked | Admitted | Description |
| | D-1 | 10/19/16 | | X | Valerie Peters email to Jeannine Quijiji, 10/17/2016 |
| | D-2 | 10/19/16 | | X | Quin Li Activity Summary Report 10/14/16 – 10/17/16 23:59 |
| | D-3 | 10/19/16 | | X | Quin Li Chronos – Summary, 10/07/16 at 21:45 |
| | D-4 | 10/19/16 | | X | 10/11/2016 Pretrial: PO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |